UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Staup,<br><br>Plaintiff,<br>v.<br><br>Integrity Financial Partners; and DOES 1-10, inclusive,<br><br>Defendant. | Civil Action No.: 2:10-cv-00571-DSC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 28, 2010

                                                   Respectfully submitted,

                                                   PLAINTIFF, James Staup

                                                   /s/ Jody B. Burton

                                                 Jody B. Burton, Esq.
                                                 Bar No.: 71681
                                                 **LEMBERG & ASSOCIATES L.L.C.**
                                                 1100 Summer Street, 3rd Floor
                                                 Stamford, CT 06905
                                                 Telephone: (203) 653-2250
                                                 Facsimile: (877) 795-3666
                                                 Email: jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Jody B. Burton

                                           Jody B. Burton