UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Staup, | : |
| | : |
| | : Civil Action No.: 2:10-cv-00571-DSC |
| Plaintiff, | : |
| v. | : |
| | : |
| Integrity Financial Partners; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

James Staup ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 2, 2010

Respectfully submitted,

PLAINTIFF, James Staup

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com

AND NOW, this 4th day of August, 2010,
IT IS SO ORDERED.

s/ David Stewart Cercone
UNITED STATES DISTRICT JUDGE